People v Woodard (2025 NY Slip Op 06513)

People v Woodard

2025 NY Slip Op 06513

Decided on November 21, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 21, 2025

PRESENT: MONTOUR, J.P., SMITH, GREENWOOD, KEANE, AND HANNAH, JJ. (Filed Nov. 21, 2025.) 

MOTION NO. (774/12) KA 11-00357.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JUSTIN T. WOODARD, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.